PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Brophy                                  Cr.: 05-831-01

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler
United States District Judge

Date of Original Sentence: 04/18/06

Original Offense: Manufacturing Counterfeit Federal Reserve Notes

Original Sentence:    Probation - 5 years; Fine - $3,000; Special Assessment - $100; Special
Conditions: Community Confinement - 5 months; Home Confinement - 5 months;
Drug Treatment; Alcohol Treatment; No New Debt; DNA Testing

Type of Supervision: Probation                          Date Supervision Commenced: 04/18/06

Assistant U.S. Attorney: John Hoffman                   Defense Attorney: Andrea Bergman

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**Unlawful substance use.**'<br><br>On September 14, 2006, upon surrendering to the Community Corrections Center (CCC) facility at Kintock, the offender voided a urine specimen which tested positive for marijuana. At that time, the offender admitted to staff to using marijuana prior to his arrival at Kintock for service of his community confinement. On November 3, 2006, while meeting with the undersigned officer, the offender reiterated his use of marijuana within one week of surrendering to Kintock on September 14, 2006. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**'<br><br>On October 24, 2006, a letter was sent to the offender's residence directing him to report to the U.S. Probation Office for mandatory DNA testing on November 28, 2006. On November 28, 2006, the offender failed to appear for DNA testing as instructed. |

3  The offender has violated the supervision condition which states '**The defendant shall reside for a period of 5 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

On November 3, 2006, the offender was unsatisfactorily discharged from The Kintock Group - Community Corrections Center(CCC) for program non-compliance. On September 14, 2006, the offender arrived at the CCC and voided a urine specimen that was positive for marijuana. The offender admitted to staff to using marijuana prior to surrendering to the CCC. However, in addition to the positive test results at Kintock for marijuana, the offender was discharged for failure to obtain employment and repeated curfew violations. Specifically, on November 1, 2006, Brophy returned to the Kintock facility two (2) hours late without explanation.

4  The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

On June 29, 2006, the offender was instructed to report to the Probation Office in Tinton Falls, New Jersey, on June 30, 2006, for his initial office contact and review of the conditions of his probation supervision. On June 30, 2006, the offender called last minute and canceled the appointment. The appointment was rescheduled on June 30, 2006, for the offender to report to the Probation Office in Tinton Falls, New Jersey, on July 6, 2006. On July 6, 2006, the offender failed to report as directed. He did not contact the Probation Office until July 12, 2006, to advise that he was sick and forgot the date to report.

I declare under penalty of perjury that the foregoing is true and correct.

By: Craig G. Inducci
Senior U.S. Probation Officer
Date: 12/27/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 1/16/07 @ 11:30 a.m
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 3, 2007
Date