PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: CHRISTOPHER BROPHY                    Cr.: 05-831-001

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
United States District Judge

Date of Original Sentence: 02/16/07

Original Offense: Unlawful Substance Use (VOP)

Original Sentence: 6 months BOP, 3 years supervised release. Special Conditions include: Substance abuse testing/treatment at the discretion of the U.S. Probation Office

Type of Supervision: Supervised Release                 Date Supervision Commenced: 02/16/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**Failure to submit to drug test.**' |
| | On August 3, 2007 and on August 20, 2007, the offender was instructed to report to Preferred Behavioral Health, Lakewood, New Jersey, for drug testing. The offender failed to report on both dates as instructed. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On August 23, 2007, the offender reported as directed and submitted a urine sample, the results of which was POSITIVE for marijuana. |

U.S. Probation Officer Action:

On August 1, 2007, Brophy was placed on this District's (Phase 1) "code-a-phone" random drug testing program, in which he will be required to submit to drug testing at least 3 times per month. Subsequent to his recent admission of recreational marijuana use, Brophy requested, and has since been referred, to an Intensive outpatient substance abuse counseling program (IOP). The undersigned officer will also require that Brophy continue to be subjected to an enhanced reporting schedule to ensure full compliance with all of the conditions of his supervised release. Any subsequent failure to adhere to either the code a phone random testing program, or the IOP treatment program requirements will result in Court notification and the initiation of violation proceedings.

**NO Court intervention is requested at this time. Instead, the undersigned officer requests that this notice serve as an Official Reprimand. Any future positive urine screens and/or failure to adhere to treatment program requirements will result in Court notification and the initiation of violation proceedings.**

Respectfully submitted,

By: Justine Peterson
U.S. Probation Officer
Date: 08/23/07

*The court directs that additional action be taken as follows:*

[✓] **This notice serves as an Official Reprimand. Any future positive urine screens and/or failure to adhere to treatment program requirements will result in Court notification and the initiation of violation proceedings.**

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

Date