PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Christopher Brophy        **Docket Number:** 05-00831-001
                                                **PACTS Number:** 42430

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler
                                         United States District Court Judge

**Date of Original Sentence:** 04/18/06

**Original Offense:** Manufacturing Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 & 2.

**Original Sentence:** Probation - 5 years; Fine - $3,000; Special Assessment - $100; Special Conditions: Community Confinement - 5 months; Home Confinement - 5 months; Drug Treatment; Alcohol Treatment; No New Debt; DNA Submission.

**Violation of Probation:**   Probation Revoked - Sentenced on 02/16/07 to: Imprisonment - 6 months; Supervised Release - 3 years; Special Conditions: Drug Treatment; Alcohol Treatment.

**Type of Supervision:** Supervised Release    **Date Original Term of Supervision Commenced:** 04/18/06
                                                **Date Second Term of Supervision Commenced:**   04/27/07

**Assistant U.S. Attorney:** John Hoffman, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Andrea Bergman, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On August 27, 2008, Brophy was arrested with three other individuals during the course of a drug raid in Brick Township, New Jersey, and charged with the following: Possession of Marijuana; Possession of CDS (Oxycodone); and Possession of CDS with Intent to Distribute. According to the Ocean County Prosecutors Office, the charges are currently scheduled for Grand Jury in Ocean County Superior Court (Case No. 08-09-3355). The matter remains pending. |

PROB 12C - Page 2
Christopher Brophy

2     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On September 3, 2008, the Probation Office was notified via Flash Notice (which was dated September 2, 2008) that the offender was arrested on August 27, 2008. Brophy failed to notify this probation officer of the above arrest and/or any recent contact with law enforcement.

3     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Brophy has not submitted his Monthly Supervision Reports (MSRs) since April 2008. Furthermore, he was scheduled to meet with the probation officer at the U.S. Probation Office in Tinton Falls, New Jersey, on September 12, 2008. The offender failed to appear for that appointment, nor did he call to advise that he could not make it or to reschedule the appointment.

4     The offender has violated the supervision condition which states '**Failure to submit drug test.**'

Brophy failed to report to Preferred Behavioral Health, Lakewood, New Jersey, to submit a urine test through the "Code a Phone" random drug testing program on the following dates: April 28, 2008; May 5, 2008; June 18, 2008; and September 3, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Justine Peterson
U.S. Probation Officer
Date: 9/24/08

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date