UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Hon. Stanley R. Chesler

            v.                   :    Crim. No. 05-831(SRC)

CHRISTOPHER BROPHY        :    <u>O R D E R</u>

      This matter having come before the Court on the petition of the United States Office of Probation for a hearing regarding defendant Christopher Brophy's (David Holman, Assistant Federal Public Defender, appearing) failure to comply with conditions of supervised release imposed on February 16, 2007; the defendant having waived the preliminary hearing and having entered a guilty plea on October 21, 2008, to Violation Numbers 2 and 3 of the Petition for Violation of Supervised Release dated September 24, 2008, which alleged, in short, failure to notify probation of an arrest and failure to meet reporting requirements, in violation of the conditions of supervised release; and for good cause shown;

      IT IS on this ___22___ day of October, 2008

      ORDERED that the defendant is adjudged guilty of having violated Condition Nos. 2 and 3 of the Petition for Violation of Supervised Release, dated September 24, 2008; and

      IT IS FURTHER ORDERED that Condition Nos. 1 and 4 are dismissed, without prejudice; and

      IT IS FURTHER ORDERED that defendant is hereby committed to the custody of the Bureau of Prisons for a term of five months; and

      IT IS FURTHER ORDERED that defendant is sentenced to a supervised release term of two years and seven months; and

      IT IS FURTHER ORDERED that defendant shall submit to drug testing, as directed by the United States Office of Probation; and

IT IS FURTHER ORDERED that defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance; and

IT IS FURTHER ORDERED that defendant shall submit to evaluation and treatment as directed by the United States Office of Probation; and

IT IS FURTHER ORDERED that defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the United States Office of Probation; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Court Judge